UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK N.A., | Case No. 2:24-cv-1753-WBS-JDP |
| Plaintiff, | |
| v. | ORDER |
| GSK TRANSPORT, INC., et al., | |
| Defendants. | |

    Plaintiff's motion for entry of default judgment was submitted for decision without oral argument by the magistrate judge on May 21, 2025.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

    On May 30, 2025, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

    The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by

the record and by the proper analysis.

  Accordingly, IT IS HEREBY ORDERED that:

  1.  The Findings and Recommendations filed May 30, 2025, are adopted in full;

  2.  Plaintiff's motion for default judgment, ECF No. 29, is GRANTED.  The court enters judgment against defendants in the amount of $243,664.45, plus interest accruing at a per diem rate of $114.42 from February 10, 2025, through the date judgment is entered; and

  3.  Plaintiff's request for attorneys' fees and costs is DENIED without prejudice to renewal to a timely motion brought under Local Rule 292 and 293.

Dated:  September 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2